## Maunie Banking Company, Appellant, v. John Eplin, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of White county; the Hon. JULIUS C. KERN, Judge, presiding. Heard in this court at the October term, 1916. Reversed pro forma and remanded. Opinion filed April 13, 1917.

### Statement of the Case.

Action by Maunie Banking Company, plaintiff, against John Eplin, defendant. From a judgment for defendant, plaintiff appeals.

NOAH C. BAINUM, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1787*—*when judgment reversed and cause remanded.* Where appellee fails to file a brief, the judgment should be reversed pro forma, under Rule 27, and the cause remanded.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.